**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN PRESSLEY, | : | Civil No. 1:25-CV-00252 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARTEN TRANSPORTATION LTD, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 26th day of October, 2026, in accordance with the accompanying memorandum of law, Defendant Marten Transport, Ltd.'s motion for summary judgment, Doc. 21, is **GRANTED**. The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania